FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 27 2015

MATTHEW J. DYKMAN
CLERK

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 23 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

MJ 15-3751

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, Plaintiff, vs. Anthony Marquez, Defendant. | CR-15-760-PHX-DGC (DKD)<br>**INDICTMENT**<br>VIO: 18 U.S.C. §§ 1791(a)(2), (b)(1) and (d)(1)(C) (Possessing Contraband in Prison) Count 1 |

THE GRAND JURY CHARGES:

On or about January 27, 2014, in the District of Arizona, the defendant, ANTHONY MARQUEZ, an inmate in Federal Correctional Institution, Phoenix, Arizona, did possess a prohibited object, that is, heroin, a narcotic drug.

In violation of Title 18, United States Code, Sections 1791(a)(2), (b)(1) and (d)(1)(C).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: June 23, 2015

JOHN S. LEONARDO
United States Attorney
District of Arizona

/s/
ALISON S. BACHUS
Special Assistant U.S. Attorney

I hereby attest and certify on 6/24/15 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By [signature] Deputy

COPY

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Arizona

**SEALED**

United States of America
v.
Anthony Marquez

*Defendant*

Case No. CR-15-760-PHX-DGC (DKD)

2015 JUN 24 AM 10: 11
RECEIVED
US MARSHALS SERVICE
DIST. AZ PHOENIX

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Anthony Marquez, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:1791(a)(2), (b)(1), and (d)(1)(C) -- Possessing Contraband in Prison

Date: 06/24/2015

*Issuing officer's signature*

City and state: ______________________

Brian D Karth, Clerk of Court/DCE
*Printed name and title*

**Return**

This warrant was received on *(date)* ______________, and the person was arrested on *(date)* ______________
at *(city and state)* ______________________.

Date: ______________

*Arresting officer's signature*

*Printed name and title*

COPY